UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

KOFI ADUSEI

        Defendant.

- - - - - - - - - - - - - - - -X

O R D E R

04-CR-733 (FB)

       Defendant having established that he is entitled to the return of his property, and the government having no objection to the return of defendant's property, it is hereby ordered that the United States Customs Service return to defendant the property listed on the attached inventory form. Defendant has provided the United States Customs Service with the name and address of a party to whom the property can be sent on the attached property form. The United States Customs Service is directed to send the property to the person designated within three (3) weeks of the date of this Order.

Dated:    Brooklyn, New York
          11/21, 2005

                                      The Honorable Frederic Block
                                      United States District Judge
                                      Eastern District of New York



U.S. Department of Justice

United States Attorney
Eastern District of New York

F#2004R01746    Mailing Address:  147 Pierrepont Street, 15th Floor
Brooklyn, New York 11201

November 21, 2005

The Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Kofi Adusei
           Criminal Docket No. 04-CR-733 (FB)

Dear Judge Block:

     The defendant has requested that his seized property be shipped to an address in New Jersey. To effectuate the defendant's request, we respectfully submit the enclosed proposed order directing the U.S. Customs Service to ship defendant's property within three (3) weeks.

                          Respectfully submitted,

                          ROSLYNN R. MAUSKOPF
                          UNITED STATES ATTORNEY

           By: _____
                 Vanessa E. Sander
                 Paralegal Specialist
                 (718)254-6231

encl.